```
                                                                O
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAFAEL FLORES, | ) | CASE NO. ED CV 10-01786 JST (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| TERRY GONZALES, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAFAEL FLORES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 14, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE